James J. McCauley, Administrator, Appellee, v. Augusta Peters et al. Walter Haertel, Appellant.

Gen. No. 9,530. (Abstract of Decision.)

486

Heard in this court at February term, 1940; opinion filed May 15, 1940. Marcus J. Sternberg, for appellant; D. T. Smiley, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''